**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CARL WEST,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cause No. 2:26-CR-00061 |

**ORDER**

This matter is before me on the findings and recommendation of Magistrate Judge Andrew P. Rodovich relating to Defendant Carl West's plea of guilty. [DE 15.] Following a hearing, [DE 18] Judge Rodovich found that Defendant understands the charge, his rights, and the maximum penalties; that Defendant is competent to plead guilty; that there is a factual basis for Defendant's plea; and that the Defendant knowingly and voluntarily wishes to enter a plea of guilty to the charges. Judge Rodovich recommends that the Court accept Defendant's plea of guilty and proceed to impose sentence. Neither party has filed a timely objection to Judge Rodovich's findings and recommendation.

ACCORDINGLY:

Having reviewed Judge Rodovich's findings and recommendation concerning the Defendant's plea of guilty, to which no objection has been filed, the Court hereby ADOPTS the report and recommendation [DE 18] in its entirety.

Defendant Carl West is adjudged GUILTY of violating 21 U.S.C. § 841(a)(1) and 18

U.S.C. § 924(c)(1)(A). The sentencing hearing will be set by a subsequent notice.

SO ORDERED on November 20, 2026.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT